## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 30, 2025

_____

### STATUS OF COUNSEL NOTICE

_____

No.   25-2322,    John Sullivan v. University of North Carolina Health Care System
1:22-cv-00847-CCE-JLW

TO:   John D. Sullivan

**STATUS OF COUNSEL DUE: November 10, 2025**

Local Rule 34(b) requires the filing of informal briefs in all pro se appeals. We note that appellant was represented by counsel during the lower court proceedings, but filed the notice of appeal pro se. Unless you return the status of counsel form by the due date shown, the court will set an informal briefing schedule.

A. Walker, Deputy Clerk
804-916-2702

Copies:   Valerie Bateman
          Brent Fancher Powell
          Jill S. Stricklin
          John D. Sullivan

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

_____

STATUS OF COUNSEL FORM

_____

No.    25-2322,        <u>John Sullivan v. University of North Carolina Health Care System</u>
                       1:22-cv-00847-CCE-JLW

I make the following election with respect to counsel for appeal (please check one):

1. [ ] I intend to file an informal brief and proceed under Local Rule 34(b) procedures for pro se appeals.

2. [ ] I have employed counsel to represent me in the above case now pending in the United States Court of Appeals. The attorney's name, address, and phone number are:

_____

_____

_____


Date: _____

Signature: _____