# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 13, 2025

_____

STATUS OF COUNSEL
FOLLOW-UP NOTICE

_____

No.   25-2322,   John Sullivan v. University of North Carolina Health Care System
1:22-cv-00847-CCE-JLW

TO:   John D. Sullivan

**STATUS OF COUNSEL FORM DUE: 12/15/2025**

The court's prior notice directed that you return the enclosed **status of counsel form** indicating whether you intend to retain new counsel or to represent yourself on appeal. The court has not received the form. Unless the form is returned within 30 days of the date of this notice, identifying new counsel on appeal, the court will set an informal briefing schedule.

A. Walker, Deputy Clerk
804-916-2702

Copies:   Valerie Bateman
          Brent Fancher Powell
          Jill S. Stricklin
          John D. Sullivan

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

_____

STATUS OF COUNSEL FORM

_____

No.    25-2322,         <u>John Sullivan v. University of North Carolina Health Care System</u>

1:22-cv-00847-CCE-JLW

I make the following election with respect to counsel for appeal (please check one):

1. [ ] I intend to file an informal brief and proceed under Local Rule 34(b) procedures for pro se appeals.

2. [ ] I intend to file a formal brief on my own behalf.

3. [ ] I have employed counsel to represent me in the above case now pending in the United States Court of Appeals. The attorney's name, address, and phone number are:

_____

_____

_____


Date: _____

Signature: _____