UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

STATUS OF COUNSEL FORM

No.  25-2322,    John Sullivan v. University of North Carolina Health Care System
1:22-cv-00847-CCE-JLW

I make the following election with respect to counsel for appeal (please check one):

1. [✓] I intend to file an informal brief and proceed under Local Rule 34(b) procedures for pro se appeals.

2. [ ] I have employed counsel to represent me in the above case now pending in the United States Court of Appeals. The attorney's name, address, and phone number are:

_____

_____

_____

Date: __11/5/2025_____

Signature: __John D. Sullivan__