JOHN D. SULLIVAN
4310 FALMOUTH DRIVE, 102-A
LONGBOAT KEY, FL 34228
919.923.4632 (M)
Email: jdsullivan@gmal.com

U.S. District Court
Middle District of North Carolina
324 Market Street
Greensboro, NC 27401

November 7, 2025

RE: Counsel Form/Filing Fee for Court of Appeals - Case Number: 1:22-CV-847

To Whom It May Concern:

Enclosed please find my filing fee for the above-noted case as well as the STATUS OF COUNSEL FORM, confirming my pro see status.

Please call or email should you have any questions or concerns.

Thank you.

Sincerely,

John D. Sullivan

jds/enclosures

---

CYNTHIA K SULLIVAN
JOHN D SULLIVAN
200 PIPERWOOD DR
CARY NC 27518-8927

8612
66-19/530 NC
58439

Date _____

Pay to the order of: US DISTRICT COURT - MIDDLE DIST. NC    $ 605.00

Six Hundred; five 00/100 Dollars

Bank of America

Memo: Filing Fee APPEAL; 22-cv-847

⑆053000196⑆ 00068906152⑈ 8612