| | |
|---|---|
| **From:** | 4CCA-FILING |
| **To:** | CA04ml_CaseMgmtSection |
| **Subject:** | 25-2322/Anisha (permission given by case mgr) |
| **Date:** | Thursday, December 11, 2025 12:43:28 PM |

_____

Taline Fischer
Case Management Specialist
U.S. Court of Appeals, 4th Circuit
804-916-2741
taline_fischer@ca4.uscourts.gov

---

**From:** Jack Sullivan <jdgsullivan@gmail.com>
**Sent:** Thursday, December 11, 2025 12:26 PM
**To:** 4CCA-FILING <4CCA-FILING@ca4.uscourts.gov>
**Subject:** Fwd: ATTN: Ms. Anisha Walker; RE: Appeal Number 25-2332

**CAUTION - EXTERNAL:**

Dear Ms. Walker:

Good morning and my apologies for the delay in sending the attached to you. I have been helping my wife recover from her hip surgery and traveling to Vermont in anticipation of the Christmas Holidays.

Per your request, attached please find a copy of my filing fee, as well as a letter explaining the same, and the plan to proceed ProSe. My ProSe counsel form is also attached.

Finally, please accept this email as my Motion To Extend Time for the initial brief filing to January 30, 2026 as we discussed.

Can you please confirm receipt of this email, and feel free to call or write if you have any questions or concerns. Thank you!

Best Regards,
John (Jack) Sullivan
919-923-4632

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.