# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 2, 2026

_____

## DOCKET CORRECTION NOTICE

_____

No.    25-2322,         <u>John Sullivan v. University of North Carolina Health Care System</u>
                        1:22-cv-00847-CCE-JLW

TO:    John D. Sullivan

FILING CORRECTION DUE:  February 3, 2026

Please make the correction identified below and file a corrected document by the date indicated.

[ x ] Incorrect event used. Please refile document using the **"informal opening brief"** entry.

A. Walker, Deputy Clerk
804-916-2702