NO. 25-2322

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| JOHN D. SULLIVAN, | ) | |
| | ) | |
| | ) | |
| PLAINTIFF-APPELLANT, | ) | APPELLEE'S MOTION FOR |
| | ) | EXTENSION OF TIME TO FILE |
| v. | ) | INFORMAL RESPONSE BRIEF |
| | ) | |
| THE UNIVERSITY OF NORTH | ) | 1:22-CV-00847-CCE-JLW |
| CAROLINA HEALTH CARE | ) | |
| SYSTEM, | ) | |
| | ) | |
| | ) | |
| DEFENDANT-APPELLEE. | ) | |

Pursuant to Rules 26(b) and 27(a) of the Federal Rules of Appellate Procedure, Local Rule 27(a), and the Informal Briefing Order issued in this matter, Defendant-Appellee University of North Carolina Health Care System ("Appellee") moves for a 14-day extension of time, from February 13, 2026, until February 27, 2026, in which to file its informal response brief. Appellee shows good cause for this Motion, as follows:

1.  On October 29, 2025, Plaintiff-Appellant John D. Sullivan ("Appellant"), proceeding pro se, filed a Notice of Appeal from the final judgment entered by the district court on September 29, 2025.

2.  On December 11, 2025, Appellant emailed the Court [Doc. 7] to confirm that he would be proceeding pro se and asked that his email be considered a motion to extend the time for submission of his informal opening brief until January 30, 2026.

3.  That same day, the Court issued an Informal Briefing Order [Doc. 8-1], granting Appellant's motion for extension of time and setting the deadline for Plaintiff's informal opening brief as January 30, 2026. The Order stated that Appellee's informal response brief would be due within 14 days after service of the opening brief.

4.  On January 30, 2026, Appellant filed an opening brief [Doc. 10] addressing the district court's entry of summary judgment in favor of Appellee and its denial of Appellant's motion for leave to amend his complaint.

5.  Appellee received notice of Appellant's filing on January 30, 2026, through the Court's CM/ECF system. Accordingly, Appellant's deadline to submit an informal response brief is February 13, 2026.

6.  Counsel for Appellee requires additional time in which to prepare its informal response brief. Within the current 14-day response period, Jill Stricklin, counsel for Appellee will be traveling for multiple out-of-town depositions. Brent Powell, also counsel of record for Appellee, will participate in these depositions, and also is preparing for a jury trial scheduled in the United States District Court for the Middle District of North Carolina during the term of court beginning on March 2, 2026. *See Gaddy v. University of North Carolina Health Care System*, No. 1:23-cv-00938-TDS-JLW.

For these reasons, Appellee respectfully requests a 14-day extension of time, until February 27, 2026, in which to file its informal response brief.

2

DATED: February 2, 2026

                                        **/s/ Jill S. Stricklin**
Jill S. Stricklin
NC State Bar No. 20145
Email: Jill.Stricklin@pierferd.com
PIERSON FERDINAND, LLP
550 N. Liberty Street, Suite 166
Winston-Salem, NC  27101
Telephone: (336) 800-5955

Attorney for Defendant-Appellee

3

Case No. 25-2322       *John Sullivan v. University of North Carolina Health Care System*

**1:22-CV-00847-CCE-JLW**

**CERTIFICATE OF SERVICE**

I certify that, on February 2, 2026, the **Appellee's Motion for Extension of Time to File Informal Response Brief** was served by mail upon the *pro se* appellant by placing same in a sealed envelope, with postage fully prepaid, for collection and mailing by the U.S. Postal Service in the ordinary course of business, addressed as follows:

>John D. Sullivan
>4310 Falmouth Drive, 102A
>Longboat Key, FL 34228

>/s/Jill S. Stricklin
>NC State Bar No. 20145
>Jill.Stricklin@pierferd.com
>PIERSON FERDINAND, LLP
>550 N. Liberty Street, Suite 166
>Winston-Salem, NC 27101
>Telephone:(336) 800-5955
>
>Attorney for Defendant-Appellee

4