FILED: February 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2322
(1:22-cv-00847-CCE-JLW)

_____

JOHN D. SULLIVAN

  Plaintiff - Appellant

v.

THE UNIVERSITY OF NORTH CAROLINA HEALTH CARE SYSTEM

  Defendant - Appellee

_____

O R D E R

_____

Upon consideration of the motion for extension of the informal briefing schedule, the court extends the time for serving and filing the informal response brief to 02/27/2026.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk