UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 25-2322 as

[✓] Retained [ ] Court-appointed(CJA) [ ] CJA associate [ ] Court-assigned(non-CJA) [ ] Federal Defender
[ ] Pro Bono [ ] Government

COUNSEL FOR: The University of North Carolina Health Care System

_____ as the
(party name)

[ ] appellant(s) [✓] appellee(s) [ ] petitioner(s) [ ] respondent(s) [ ] amicus curiae [ ] intervenor(s) [ ] movant(s)

_Frances De La Guardia_
(signature)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.

Frances De La Guardia
Name (printed or typed)

Pierson & Ferdinand
Firm Name (if applicable)

555 NE 15th Street, Unit 21A

Miami, FL 33132
Address

954-655-5212
Voice Phone

_____
Fax Number

frances.delaguardia@pierferd.com
E-mail address (print or type)

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by [ ] personal delivery; [ ] mail; [✓] third-party commercial carrier; or [ ] email (with written consent) on the following persons at the addresses or email addresses shown:

John D. Sullivan
4310 Falmouth Drive, Suite 102A
Longboat Key, FL 34228

_Jill Stricklin_                    February 27, 2026
Signature                           Date

1/28/2020 SCC