NO. 25-2322

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| JOHN D. SULLIVAN, | ) | |
| | ) | |
| | ) | |
| PLAINTIFF-APPELLANT, | ) | APPELLEE'S MOTION FOR |
| | ) | PERMISSION TO FILE A |
| v. | ) | FORMAL RESPONSE BRIEF |
| | ) | |
| THE UNIVERSITY OF NORTH | ) | 1:22-CV-00847-CCE-JLW |
| CAROLINA HEALTH CARE | ) | |
| SYSTEM, | ) | |
| | ) | |
| | ) | |
| DEFENDANT-APPELLEE. | ) | |

Pursuant to Rule 27(a) of the Federal Rules of Appellate Procedure, Local Rule 34(b), and the Informal Briefing Order issued in this matter, Defendant-Appellee University of North Carolina Health Care System ("Appellee") moves for permission to file a formal response brief in lieu of an informal response brief. Appellee shows good cause for this Motion, as follows:

1. On December 11, 2025, the Court issued an Informal Briefing Order [Doc. 8-1], granting Plaintiff-Appellant John D. Sullivan's ("Appellant's") motion for extension of time and setting the deadline for Appellant's informal opening brief as January 30, 2026. The Order stated that Appellee's informal response brief would be due within 14 days after service of the opening brief.

2. On January 30, 2026, Appellant filed an opening brief [Doc. 10] addressing the district court's entry of summary judgment in favor of Appellee and its denial of Appellant's motion for leave to amend his complaint.

3. Appellee received notice of Appellant's original filing on January 30, 2026, through the Court's CM/ECF system. Accordingly, Appellant's initial deadline to file an informal response brief was February 13, 2026.

4. On February 2, 2026, Appellee filed a motion [Doc. 12] for a 14-day extension of time, until February 27, 2026, to file its informal response brief. On February 3, 2026, the Court entered an Order [Doc. 14] granting that motion. Accordingly, the Appellee's informal response brief is due to be filed on February 27, 2026.

5. Meanwhile, on February 2, 2026, the Court issued a Docket Correction Notice [Doc. 11] directing Appellant to refile his opening brief using the "informal opening brief" entry. On February 3, 2026, Appellant corrected his docket entry and filed a new, revised opening brief [Doc. 13-1].

6. Notwithstanding the Informal Briefing Order, both versions of Appellant's opening brief [Docs. 10 and 13-1] essentially conform to the requirements of a formal appellate brief. Specifically, both versions contain a formal cover page, disclosure statement, table of authorities, jurisdictional statement, statement of issues presented, statement of the case, summary of the

argument, statement of facts, standard of review, argument section (including citations to case law and statutory authority), and request for oral argument.

7. Appellee requests permission, pursuant to Local Rule 34(b), to file a formal response brief in lieu of an informal response brief to address the issues raised by Appellant in his opening briefs.

For these reasons, Appellee respectfully this Court grant it permission to file its formal response brief in lieu of an informal response brief.

DATED: February 27, 2026

*/s/Jill S. Stricklin*
NC State Bar No. 20145
Jill.Stricklin@pierferd.com
PIERSON FERDINAND, LLP
550 N. Liberty Street, Suite 166
Winston-Salem, NC 27101
Telephone: (336) 800-5955

*/s/ Frances De La Guardia*
Frances De La Guardia
FL State Bar No. 775762
Email: frances.delagurdia@pierferd.com
PIERSON FERDINAND, LLP
555 NE 15th Street, Unit 21A
Miami, FL 33132
Telephone: (305) 712-4385

*Counsel for Defendant-Appellee*

3

Case No. 25-2322     *John Sullivan v. University of North Carolina Health Care System*

1:22-CV-00847-CCE-JLW

**CERTIFICATE OF SERVICE**

I certify that, on February 27, 2026, I electronically filed the foregoing **Appellee's Motion for Permission to File a Formal Response Brief** with the Clerk of Court using the CM/ECF system which will send notice of such filing all registered CM/ECF users. I further certify that on February 27, 2026, I served the foregoing document by third-party commercial carrier for delivery within three days to the *pro se* Plaintiff-Appellant at the following address:

John D. Sullivan
4310 Falmouth Drive, Suite 102A
Longboat Key, FL 34228

*/s/Jill S. Stricklin*
NC State Bar No. 20145
jill.stricklin@pierferd.com
PIERSON FERDINAND, LLP
550 N. Liberty Street, Suite 166
Winston-Salem, NC 27101
Telephone:(336) 800-5955

*Counsel for Defendant-Appellee*

4